IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD EGGLESTON,
    Plaintiff,

vs.                                                3:05cv179/RV/MD

PRISON HEALTH SERVICES, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. The incarcerated pro se plaintiff initiated this cause through the filing of a civil complaint, motion for leave to proceed *in forma pauperis* and request for appointment of counsel in May of 2005. (Doc. 1-3). Since then, the plaintiff has apparently been transferred at least once, as the file contains documents that were returned to the court as undeliverable. (Doc. 11, 12 & 17). Plaintiff has not paid the initial partial filing fee assessed in the court's order of July 21, 2005, but it does not appear that plaintiff has received a copy of this order, although it has been mailed to him twice. The plaintiff's most recent change of address was filed on August 17, 2005, and a copy of the order granting leave to proceed *in forma pauperis* that was mailed to that address was returned on October 3, 2005. (Doc. 17). The envelope was marked "not deliverable as addressed--unable to forward." (Doc. 17).

    Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

At Pensacola, Florida, this 6th day of October, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).