IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DONALD EGGLESTON,**
    **Plaintiff,**

vs.                                                                      CASE NO.: 3:05cv179/RV/MD

**PRISON HEALTH SERVICES, et al.,**
    **Defendants.**

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 6, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    This case is dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

    DONE AND ORDERED this 10th day of November, 2005.

                              /s/ _Roger Vinson_
                              ROGER VINSON
                              SENIOR UNITED STATES DISTRICT JUDGE